IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAXALTA INCORPORATED and BAXALTA GMBH,<br><br>        Plaintiffs,<br><br>        v.<br><br>GENENTECH, INC. and CHUGAI PHARMACEUTICAL CO., LTD.,<br><br>        Defendants. | Civil Action No. 17-509-TBD |

## ORDER

On May 29, 2018, Patients for Access to Advanced Hemophilia Therapy filed a motion seeking leave to file a brief as amicus curiae in opposition to Plaintiffs' motion for a preliminary injunction. ECF No. 182. No later than June 6, 2018, Plaintiffs shall file a letter, not to exceed one page, containing any objections to the filing of the proposed amicus brief.

**IT IS SO ORDERED** this 30th day of May, 2018.

_____
Honorable Timothy B. Dyk
United States Circuit Judge, sitting by designation