## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2018, a true and correct copy of Baxalta's Sealed Motion to Amend the Complaint has been served on all counsel of record via e-mail.

                                                                                             */s/ Amy M. Dudash*
                                                                                             Amy M. Dudash (No. 5741)