IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAXALTA INCORPORATED and<br>BAXALTA GMBH,<br>         Plaintiffs,<br>v.<br><br>GENENTECH, INC. and<br>CHUGAI PHARMACEUTICAL CO., LTD.,<br>         Defendants. | No. 17-cv-509-TBD |

## SCHEDULING ORDER

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures**. The Parties shall serve any updated or supplemental initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before November 25, 2020.

2. **Reliance Upon Advice of Counsel/Decision on Stipulation of Infringement**. Genentech has until November 25, 2020, to decide whether to assert an advice of counsel defense. If Genentech decides to assert an advice of counsel defense, the parties shall meet and confer on an appropriate schedule for the disclosure of any opinion letter and deposition of any witnesses. Genentech further has until February 26, 2021, to decide whether to stipulate to infringement.

3. **Discovery**. All fact discovery in this case shall be initiated so that it will be completed on or before February 26, 2021. Opening expert reports on issues on which a party bears the burden of proof shall be served on or before April 16, 2021. Rebuttal expert reports shall be served on or before May 28, 2021. Reply expert reports shall be served on or before July 2, 2021. Expert Discovery in this case shall be initiated so that it will be completed on or before August 6, 2021.

1

        a.      **Discovery and Scheduling Matters**. Should counsel find they are unable to resolve a discovery[1] or scheduling matter, the party seeking the relief shall contact chambers to schedule a telephone conference.

        4.      **Settlement Conference**. Pursuant to 28 U.S.C. § 636, at a later stage of the proceedings, these matters will be referred to a United States Magistrate Judge for the purpose of exploring the possibility of settlement. The Parties shall wait to be contacted by the assigned United States Magistrate Judge.

        5.      **Case Dispositive Motions**. Case dispositive motions and opening briefs shall be served on or before September 3, 2021. Opposition briefs shall be served on or before October 1, 2021. Reply briefs shall be served on or before October 15, 2021. On November 19, 2021, beginning at 10 AM, the Court will hold a hearing on these motions with counsel in Courtroom 203 of the U.S. Court of Appeals for the Federal Circuit, Washington, DC.

        6.      **Pretrial Conference**. On January 19, 2022, beginning at 10 AM, the Court will hold a Pretrial Conference with counsel in Courtroom 203 of the U.S. Court of Appeals for the Federal Circuit, Washington, DC. Unless otherwise ordered by the Court, the Parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). Exemplary pre-trial orders include *Bayer Intellectual Property GMBH v. Taro Pharmaceutical Industries Ltd.*, Case No.: 1:17-cv- 00462-TBD, D.I. 150 (D. Del. March 22, 2019), and *Purdue Pharma L.P. v. Alvogen Pine Brook LLC*, Case No.: 1:15-cv-00687-TBD, D.I. 349-50 (D. Del. April 11, 2018). On or before November 5, 2021, the Joint Proposed Pretrial Order is due, Plaintiffs' counsel shall forward to Genentech's counsel a draft of the pretrial order containing the information Plaintiffs propose

---

[1] Unless the court otherwise orders, should counsel be unable to agree on the discovery of paper and electronic documents, the court's "Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI")" shall govern.

to include in the draft. Genentech's counsel shall, in turn, provide to Plaintiffs' counsel any comments on the Plaintiffs' draft, as well as the information Genentech proposes to include in the proposed pretrial order. The Parties shall file with the court the joint Proposed Final Pretrial Order on or before December 1, 2021.

7. **Applications by Motion**. Any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1. If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to District of Delaware Local Rule 7.1.4.

8. **Trial**. This matter is scheduled for a jury trial beginning at 9 AM on January 24, 2022. The number of trial days is anticipated to be seven, but the parties are required to attempt to reduce the number of trial days to five.

9. **Scheduling**: If the Parties wish to change any date in this Scheduling Order, they shall contact chambers and arrange a conference during which ALL participating counsel are available for purposes of selecting a new date.

SO ORDERED this 23rd day of October, 2020.

_____
Honorable Timothy B. Dyk
United States Circuit Judge, sitting by designation

## **EXHIBIT A**

| Event | Date |
|---|---|
| **Fact Discovery** ||
| Initial Disclosures | September 29, 2017 |
| Plaintiffs Provide Defendants Initial Infringement Contentions | November 17, 2017 |
| Defendants Provide Plaintiffs Initial Invalidity Contentions and Produce References | December 15, 2017 |
| Substantial Completion of Document Production (no deposition prior to this date, other than by agreement of the Parties and Rule 30(b)(6) depositions) | April 27, 2018 |
| Deadline to Amend the Pleadings and Deadline to Join Additional Parties | June 7, 2018 |
| Updated/Supplemental Initial Disclosures | November 25, 2020 |
| Defendant's Notice of Reliance Upon Advice of Counsel | November 25, 2020 |
| Completion of Fact Discovery | February 26, 2021 |
| Defendant's Decision on Stipulation of Infringement | February 26, 2021 |
| Written Discovery Updates | March 5, 2021 |
| **Claim Construction** ||
| Parties Exchange Proposed Claim Terms in Need of Construction | January 19, 2018 |
| Parties Exchange Proposed Constructions | February 23, 2018 |
| Deadline for Parties to Meet and Confer Regarding Narrowing and Reducing the Number of Claim Construction Issues | March 23, 2018 |

| Event | Date |
|---|---|
| Final Joint Claim Chart with citations to intrinsic evidence | April 6, 2018 |
| Simultaneous Exchange of Opening Claim Construction Briefs | May 18, 2018 |
| Simultaneous Exchange of Responsive Claim Construction Briefs | June 6, 2018 & July 16, 2018 |
| Claim Construction Hearing | October 16, 2018 |
| **Expert Discovery** | |
| Opening Expert Reports on Issues on Which a Party Bears the Burden of Proof | April 16, 2021 |
| Rebuttal Expert Reports | May 28, 2021 |
| Reply Expert Reports | July 2, 2021 |
| Close of Expert Discovery | August 6, 2021 |
| **Summary Judgment Motions** | |
| Opening Briefs | September 3, 2021 |
| Opposition Briefs | October 1, 2021 |
| Reply Briefs | October 15, 2021 |
| Summary Judgment Hearing | November 19, 2021 |
| **Trial Phase** | |
| Plaintiffs to Provide Draft Joint Pretrial Order | November 5, 2021 |
| Defendant to Provide Response to Plaintiffs' Draft Joint Pretrial | November 19, 2021 |
| Pretrial Order | December 1, 2021 |
| Motions *in limine* and Daubert motions | December 8, 2021 |
| Oppositions to motions *in limine* and Daubert motions | December 16, 2021 |

| Event | Date |
|---|---|
| Reply briefs in support of the motions *in limine* and Daubert motions | December 23, 2021 |
| Pretrial Conference | January 19, 2022 |
| Start of Trial | January 24, 2022 |