# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAXALTA INCORPORATED and BAXALTA GMBH,<br><br>            Plaintiffs,<br><br>    v.<br><br>GENENTECH, INC. and CHUGAI PHARMACEUTICAL CO., LTD.,<br><br>            Defendants. | C.A. No. 17-509-TBD |

### GENENTECH, INC.'S UNOPPOSED MOTION TO SEAL THE COURTROOM FOR PORTIONS OF THE SUMMARY JUDGMENT HEARING, AND TO SEAL THE CORRESPONDING PORTIONS OF THE HEARING TRANSCRIPT

Defendant Genentech, Inc. respectfully moves this Court to issue an order sealing the courtroom to prevent disclosure, during oral argument on Genentech's motion for summary judgment (D.I. 407) scheduled for November 19, 2021, of certain information that has been designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order (D.I. 316), and to seal the corresponding portions of the hearing transcript. Plaintiffs do not oppose this request.

The grounds for this motion and the details concerning the specific confidential information Genentech seeks to protect are set forth in Genentech's accompanying memorandum of law.

|  |  |
|---|---|
| *Of Counsel*: | ASHBY & GEDDES<br><br>/s/ *Steven J. Balick* |

<div style="display: flex;">

<div>

*Of Counsel*:

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

Nicholas P. Groombridge
Eric Alan Stone
Catherine Nyarady
Jennifer Gordon
Josephine Young
Naz Wehrli
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
GRP-GENE-Baxalta@paulweiss.com
ngroombridge@paulweiss.com
estone@paulweiss.com
cnyarady@paulweiss.com
jengordon@paulweiss.com
jyoung@paulweiss.com
nwehrli@paulweiss.com

Kenneth A. Gallo
David E. Cole
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
GRP-GENE-Baxalta@paulweiss.com
kgallo@paulweiss.com
dcole@paulweiss.com

</div>

<div>

ASHBY & GEDDES

/s/ *Steven J. Balick*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

</div>

</div>

*Attorneys for Defendant Genentech, Inc.*

November 18, 2021