IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAXALTA INCORPORATED and<br>BAXALTA GMBH,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GENENTECH, INC. and<br>CHUGAI PHARMACEUTICAL CO., LTD.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 17-509-TBD |

**JOINT STIPULATION OF FACT REGARDING
HYBRIDOMA TECHNOLOGY AND THE NUMBER OF
ANTI-FACTOR IX/IXa ANTIBODIES DISCLOSED IN THE '590 PATENT**

**WHEREAS**, on November 19, 2021, during the Summary Judgment Hearing, the Court requested a stipulation of undisputed facts regarding certain work disclosed in U.S. Patent No. 7,033,590 ("the '590 Patent");

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel, subject to the approval of the Court, that these facts are undisputed except where noted:

**BACKGROUND ON HYBRIDOMA TECHNOLOGY**

1. In their work leading to the '590 Patent, the inventors generated antibodies that bind to clotting Factor IX and/or to its activated form, Factor IXa, using a technique involving "hybridomas." *See* '590 Patent at 7:65–8:25 (citing E. Harlow and D. Lane, Antibodies, A Laboratory Manual, Cold Spring Harbor Laboratory, 1988, pp. 148–242).

2. A hybridoma is a fusion of two different cells: (i) an immune-system cell called a B-lymphocyte, or B-cell, that produces a specific antibody that binds to only (or, is "specific for") one protein (or "antigen") or epitope of interest; and (ii) a cancerous myeloma cell. Fusing the two cells into a hybridoma harnesses the innate properties of each cell, creating a cell that is "immortalized" (i.e., will grow continuously in cell culture by virtue of its inclusion of a cancerous cell) and that produces a specific antibody (by virtue of its inclusion of a B-cell).

3. To generate the B-cells required to produce a hybridoma, the first step is to inject (or "immunize") an animal, e.g., a mouse, with the proposed target (or the "antigen of interest"). The antigen is injected, in some cases several times over several weeks through booster injections, to induce an immune response within the animal. The animal's immune system recognizes the injected antigen as "foreign," and makes B-cells that produce antibodies that recognize and bind to that antigen. Each such antibody is produced by a B-cell within the animal, and each B-cell produces only a single antibody.

4. The animals are then euthanized, and their B-cells are extracted from their spleens.

5. The B-cells are then fused to myeloma cells to produce hybridomas. The cells are grown in a specially formulated medium that causes unfused cells to die off, leaving behind only fused hybridoma cells.

**'590 PATENT INVENTORS' USE OF THE HYBRIDOMA TECHNIQUE**

6. The antibodies produced by the hybridomas that the '590 Patent describes as deposited with the European Collection of Cell Cultures ("ECACC") were made using these hybridoma techniques.

7. The inventors started by injecting mice with Factor IX or its activated forms, activated Factor IXaα or Factor IXaβ. *See* '590 Patent at col. 9, line 66 to col. 10, line 6. After the animals were euthanized, the B-cells were extracted and fused to myeloma cells to produce hybridomas.

8. The inventors performed and disclosed in the '590 Patent at least four such fusion experiments, which they labeled #193, 195, 196, and 198. *See* '590 Patent at col. 10, lines 11-13.

9. The hybridoma cells were then tested to confirm that they produced antibodies. The '590 Patent reports that the inventors screened the resulting antibodies using a commercially available test called the COATEST VIII:C/4®, *see* '590 Patent at col. 10, lines 43-46, which, under the Court's Claim Construction Order, can be used to screen for the claimed increase in the procoagulant activity of Factor IXa.

10. To screen the antibodies for procoagulant activity, the inventors created a "master plate" for each fusion experiment, dividing the generated hybridoma cells across ten 96-well plates, for a total of 960 wells per fusion experiment. *See* '590 Patent at col. 11, lines 9-12. Typically, each well contained more than one hybridoma (e.g., three to fifteen different hybridomas). *See* '590 Patent at col 11, lines 23-28.

11. To expedite the screening process, the inventors tested, together, all of the antibodies produced by all of the hybridomas in a given well, using the COATEST VIII:C/4® assay at the same time. *See* '590 Patent at col 10, lines 43-46. Where the assay showed no procoagulant activity, the inventors knew that none of the antibodies in that given well had such activity.

12. Where, however, the inventors saw activity in the COATEST VIII:C/4® assay for the antibodies secreted from the hybridoma cell(s) within a given well, the inventors then identified and segregated the specific hybridoma cell or cells within that well that produced the antibody or antibodies with procoagulant activity. They did that by diluting the contents of the well and distributing those contents across the 96 wells of a new plate. They then assayed the contents of each of those new 96 wells, again disregarding those in which no activity was observed and again further subdividing those in which activity was observed across the wells of new 96-well plates. This process is called "subcloning." See '590 Patent at col. 11, lines 45-49.

13. The '590 Patent discloses that within each of the four hybridoma fusion experiments, "wells either exhibiting high FVIII-like activity or substantial FVIII-like activity were subjected to subcloning procedures." '590 Patent at col. 11, lines 15-17. The patent further discloses that "[f]rom each fusion experiment, several (5-15) master clones (selected from the master plate) were identified and subjected to subcloning." Id. at col. 12, lines 14-16. The patent states that for the cell lines that were subcloned, "most" were subcloned to monoclonality after three rounds of subcloning. See id. at col. 12, lines 16-18. For example, Figure 2 reports "the results derived from the fifth master plate of fusion experiment #193." Id. at col. 11, lines 39-41. The plotted values are slightly above the MLW control for approximately 40% of the wells on that master plate, and the patent discloses that the cell pool in "Position ES [sic: should be E5] was identified as exhibiting FVIII like activity significantly higher than the blank (MLW)." Id. at col. 11, lines 42-44.



**FIG. 2**

14. After screening candidate antibodies from the four fusion experiments, the '590 Patent inventors deposited with the ECACC hybridomas producing, and/or disclosed in the patent

the amino acid sequence of the variable regions of, eleven antibodies that increase the procoagulant activity of Factor IXa.[1]

---

[1] As noted during the Summary Judgment Hearing, Genentech disputes that the '590 Patent discloses even eleven antibodies that bind to Factor IX or IXa and increase the procoagulant activity of Factor IXa, but accepts Baxalta's characterization of the evidence for summary judgment only.

SO STIPULATED:
MORGAN, LEWIS & BOCKIUS, LLP

/s/ Amy M. Dudash
Jody C. Barillare (#5107)
Amy M. Dudash (#5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-3000
jody.barillare@morganlewis.com
amy.dudash@morganlewis.com

Michael J. Abernathy
Jason C. White
Christopher J. Betti
Amanda S. Williamson
Wan-Shon Lo
Maria E. Doukas
Karon N. Fowler
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel. 312.324.1000
mike.abernathy@morganlewis.com
jason.white@morganlewis.com
christopher.betti@morganlewis.com
amanda.williamson@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
karon.fowler@morganlewis.com

Margaret A. McGreal
Julie S. Goldemberg
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
margaret.mcgreal@morganlewis.com
julie.goldemberg@morganlewis.com

Olga Berson
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel. 310.907.1000
olga.berson@morganlewis.com

*Attorneys for Plaintiffs Baxalta Incorporated and Baxalta GmbH*

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Nicholas Groombridge
Eric Alan Stone
Catherine Nyarady
Jennifer Gordon
Josephine Young
Naz Wehrli
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
ngroombridge@paulweiss.com
estone@paulweiss.com
cnyarady@paulweiss.com
jengordon@paulweiss.com
jyoung@paulweiss.com
nwehrli@paulweiss.com

Kenneth A. Gallo
David E. Cole
2001 K Street, NW
Washington, D.C. 20006
(202) 223-7300
kgallo@paulweiss.com
dcole@paulweiss.com

*Attorneys for Defendant Genentech, Inc.*

**SO ORDERED** this ___ day of _____, 2021.

_____
Honorable Timothy B. Dyk
United States Circuit Judge, sitting by designation