# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAXALTA INCORPORATED and BAXALTA GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> GENENTECH, INC. and CHUGAI PHARMACEUTICAL CO., LTD., <br><br> Defendants. | Civil Action No. 17-509-TBD |

## ORDER

Having reviewed Genentech, Inc.'s Unopposed Renewed and Narrowed Motion to Seal and Maintain as Confidential Certain Passages of the Summary Judgment Hearing Transcript, ECF No. 435 (Def.'s Mot.), and related submissions, ECF Nos. 436, 436-1, the court **DENIES** the motion. Genentech has not met its burden of showing that good cause exists for redaction of the information; namely, that disclosure of the information would "work a clearly defined and serious injury" upon it. *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019) (quoting *Miller v. Ind. Hosp.*, 16 F.3d 549, 551 (3d Cir. 1994)); *see also Publicker Indus., Inc. v. Cohen*, 733 F.2d 1059, 1070–71 (3d Cir. 1984) ("The party seeking the closure of a hearing or the sealing of a transcript bears the burden of showing that the material is the kind of information that courts will protect and that there is good cause for the order to issue.").

It is **SO ORDERED** this 5 day of January, 2022.

_____
Honorable Timothy B. Dyk
United States Circuit Judge, sitting by designation