**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 18, 2022

The Honorable Timothy B. Dyk                          VIA ELECTRONIC FILING
United States Court of Appeals for the Federal Circuit
717 Madison Place N.W.
Washington, D.C. 20439

      Re:    *Baxalta, Inc. et al.* v. *Genentech, Inc. et al.*, C.A. No. 17-509-TBD

Dear Judge Dyk:

    I write in joint response to the Court's Order (D.I. 574) that the parties in the above action confer as to whether redactions to the January 13, 2022 Memorandum Opinion (D.I. 573) (the "Opinion") are needed. The parties have conferred and hereby confirm that no redactions are needed and that the Opinion can be publicly docketed in its entirety.

                                      Respectfully,

                                      */s/ Steven J. Balick*

                                      Steven J. Balick (#2114)

SJB/nlm

cc:    Counsel of Record (via electronic mail)

{01762362;v1 }